UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

CRIMINAL CASE NO. 03-74

UNITED STATES OF AMERICA                      PLAINTIFF

**ORDER**

vs.

FRANKLIN DAVIS                                DEFENDANT

* * * * *

The Magistrate Judge having issued a Report and Recommendation on defendant's alleged supervised release violation, and the defendant having waived a final revocation hearing,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED**.

**IT IS FURTHER ORDERED** that the term of supervised release of the defendant is revoked, that the defendant is committed to the custody of the Bureau of Prisons for a term of two (2) years, and that no further term of supervised release is imposed.

Signed on October 11, 2006

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY